# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM G. MOORE | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| UNITED STATES OF AMERICA | CASE NUMBER: C11-5555BHS |

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Moore's motion is TRANSFERRED to the Ninth Circuit Court of Appeals for determination of whether his motion should be authorized pursuant to 28 U.S.C. § 2244(b)(3).


| | |
|---|---|
| July 26, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |